

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 28, 2008

> Application granted. Conference now scheduled for
> _February 21, 2008_ at _____.
> Time is excluded under the Speedy Trial Act through
> _February 21, 2008_.
> SO ORDERED. /s/ Charles L. Brieant U.S.D.J.
> Dated: 1-30-08

Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:  United States v. Russell King
         07 Cr. 952 (CLB)

Dear Judge Brieant:

    I write on behalf of the Government to confirm that the next conference in the above-referenced case has been set for February 21, 2008 at 9:15 a.m.

    The Government respectfully requests that time be excluded from today, up to and including February 21, 2008 pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. Theodore Green, Esq., counsel for the defendant, has advised the Government that he consents to such exclusion of time.

                                            Respectfully,

                                            MICHAEL J. GARCIA
                                          United States Attorney

                          By: /s/ Marcia S. Cohen
                                          Marcia S. Cohen
                                          Assistant U.S. Attorney
                                          (914) 993-1902

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

cc:  Theodore Green, Esq.