UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 07 Cr 952 (CM) |
| -v.- | NOTICE OF CHANGE OF ATTORNEY'S |
| RUSSELL KING, | ADDRESS |
| Defendant. | |

------------------------------------------------------------x

 PLEASE TAKE NOTICE that the address for counsel for defendant RUSSELL KING has been changed to the following:

 THEODORE S. GREEN
 GREEN & WILLSTATTER
 200 Mamaroneck Avenue - Suite 605
 White Plains, New York   10601.

Dated: White Plains, New York
   February 15, 2008

            Yours, etc.,

            s/Theodore S. Green
            THEODORE S. GREEN
            Green & Willstatter
            200 Mamaroneck Avenue - Suite 605
            White Plains, New York   10601
            (914) 948-5656
            Fax: (914) 948-8730
            theosgreen@msn.com

PDF created with pdfFactory trial version www.pdffactory.com