**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

# MEMO ENDORSED

February 25, 2008

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:  United States v. Russell King
           07 Cr. 952 (CM)

*[Handwritten endorsement: Matter adj. to 3/14/08 at 2pm. Time Excluded. /s/ Colleen McMahon 2/27/08]*

Dear Judge McMahon:

    I write on behalf of the Government to request that the conference in the above-referenced case scheduled for Friday, February 29, 2008 be adjourned to Friday, March 14, 2008. The Government and defense counsel are in the process of exploring a possible disposition and we request the additional time to work toward that end.

    The Government respectfully requests that time be excluded from today, up to and including March 14, 2008 pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. Theodore Green, Esq., counsel for the defendant, has advised the Government that he consents to such exclusion of time.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Marcia S. Cohen
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

cc: Theodore Green, Esq.