```
UNITED STATES DISTRICT COURT                         ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA                 :
                                              SUPERSEDING
     -v.-                                :    INFORMATION
                                              S1 07 Cr. 952 (CM)
RUSSELL KING,                            :

           Defendant.                    :

- - - - - - - - - - - - - - - - - - - - x
```



COUNT ONE

The United States Attorney charges:

On or about October 7, 2004, in the Southern District of New York and elsewhere, RUSSELL KING, the defendant, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base in a form commonly known as "crack."

>   (Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.)

*[signature: Michael J. Garcia]*
MICHAEL J. GARCIA
United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```