# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, :

v. :

        S1 07 Cr. 952(CM)

**RUSSELL KING,** :

        Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **RUSSELL KING,** the above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                      _____
                                              Defendant.

                                      _____
                                              Counsel for Defendant.

Date: White Plains, New York
       March 19, 2008



