United States District Court
Southern District of New York

United States Of America,

vs.

Defendant.

RUSSELL KING

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE ON A FELONY PLEA ALLOCUTON

U.S. DISTRICT COURT
FILED
MAR 19 2008
S.D. OF N.Y. W.P.

Docket S1 07 CR 952 (CM)

The undersigned defendant, advised by my undersigned attorney, consents to a United States Magistrate Judge presiding over the Proceedings required by Rule 11, Fed R. Crim.P., for me to enter a plea of guilty in my case, or to change my plea, if one has previously been made, from not guilty to guilty, in accordance with the Standing Order of the assigned United States District Judge under Miscellaneous Docket M 10-468. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

**IN WITNESS WHEREOF** we have executed this consent this 19TH day of MARCH, 2008, at the White Plains Courthouse, White Plains, NY

x _Russell King_
DEFENDANT

x _[signature]_
ATTORNEY FOR DEFENDANT

_[signature]_
MARK D. FOX
U.S. MAGISTRATE JUDGE, S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

EXHIBIT 2

MARK D. FOX
United States Magistrate Judge
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :
                                        :       SUPERSEDING
    -v.-                                :       INFORMATION
                                                S1 07 Cr. 952 (CM)
RUSSELL KING,                           :

            Defendant.                  :

- - - - - - - - - - - - - - - - - - - - x

ORIGINAL



COUNT ONE

The United States Attorney charges:

On or about October 7, 2004, in the Southern District of New York and elsewhere, RUSSELL KING, the defendant, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base in a form commonly known as "crack."

   (Title 21, United States Code, Sections 812, 841(a)(1),
   841(b)(1)(C), and Title 18, United States Code, Section
   2.)

                                    _____
                                    MICHAEL J. GARCIA
                                    United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: